UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-14920-(AIH) |
| | ) | |
| Richard McKay Osborne, Jr., | ) | Chapter 7 |
| | ) | |
| Tricia A. Osborne | ) | |
| | ) | |
|       Debtors. | ) | Judge Arthur I. Harris |
| _____ | ) | |
| | ) | |
| Daniel M. McDermott, | ) | |
| United States Trustee, | ) | |
| | ) | |
|       Plaintiff, | ) | Adv. Proceeding No. _____ |
| vs. | ) | |
| | ) | |
| Richard McKay Osborne, Jr., | ) | |
| | ) | |
| Tricia A. Osborne, | ) | |
| | ) | |
|       Defendants. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Daniel M. McDermott, United States Trustee for Region 9, in this case.

                                                                        Respectfully Submitted,

                                                                         Daniel M. McDermott
                                                                         United States Trustee
                                                                         Region 9

                                             By:    _/s/ Scott R. Belhorn_____
                                                                  Scott R. Belhorn, Esq. (#0080094)
                                                               Trial Attorney
                                                               U. S. Department of Justice
                                                               Office of the U. S. Trustee
                                                               201 Superior Avenue E, #441
                                                               Cleveland, Ohio 44114
                                                               (216) 522-7800, ext. 260
                                                               (216) 522-7183 (facsimile)
                                                               Scott.R.Belhorn@usdoj.gov

## CERTIFICATE OF SERVICE

  I, Scott R. Belhorn, hereby certify that the foregoing Notice was electronically transmitted on or about November 28, 2018, via the Court's CM/ECF system to all persons listed on the Court's Electronic Mail Notice List:

- United States Trustee (Registered address)@usdoj.gov

*/s/ Scott R. Belhorn*
Scott R. Belhorn
