IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

RICHARD MCKAY OSBORNE, JR.　　　　CASE NO: 17-14920 aih

DANIEL M. MCDERMOTT　　　　　　　CHAPTER 7
UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　ADVERSARY PROCEEDING NO.
　　　　Plaintiff　　　　　　　　　　18-01124 aih

　　Vs

RICHARD MCKAY OSBORNE, JR.
　　&
TRICIA A. OSBORNE

　　　　Defendants

**DEBTORS' ANSWER TO COMPLAINT TO REVOKE DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727(d)**

Now come the Debtors, Richard McKay Osborne, Jr and Tricia a. Osborne, through counsel to answer the Complaint as follows.

1. Admit
2. Admit
3. Admit
4. Admit
5. Admit
6. Admit
7. Admit
8. Admit
9. Admit

10. Admit

11. Admit

12. Admit

13. Admit

14. Admit

15. Admit

16. Admit

17. Admit

18. Admit

19. Deny

20. Admit that Defendant Richard McKay Osborne devoted approximately 40 hours to value the object, deny the remainder of the paragraph.

21. Admit

22. Deny as to the Defendant, Richard McKay Osborne, Jr., in his personal capacity.

23. Admit

24. Admit

25. Admit

26. Admit

27. Admit as to Defendant Richard McKay Osborne, deny remainder of the allegation due to want of knowledge.

28. Deny for want of knowledge.

29. Deny

30. Deny

31. Deny

32. Deny

33. Deny

34. Admit allegation only as a matter of public record.

35. Deny

36. Deny

37. Deny

38. Admit the language of the statute only.

39. deny.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's Complaint assumes facts not in evidence.

3. Plaintiff has failed to join a necessary party.

4. Plaintiff's Complaint misrepresents facts in the allegation presented.

5. Defendants reserve the right to asset any defenses any other and further defenses as may be appropriate after discovery.

Respectfully submitted,

/s/ Heather L. Moseman_____
Heather L. Moseman, Esq. (0076457)
MOSEMAN LAW OFFICE, LLC
Attorney for Richard M. and Tricia A. Osborne, Jr.
8500 Station Street, Suite 210
Mentor, Ohio 44060
Telephone:  440-255-0832
heather@mosemanlaw.com

CERTIFICATE OF SERVICE

      I certify that on December 14, 2018 a true and correct copy of the DEBTORS' ANSWER TO COMPLAINT TO REVOKE DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727(d) was served:

Via the court's Electronic Case filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Scott R. Bellhorn, Office of US Trustee at scott.r.bellhorn@usdoj.gov

And by regular U.S. Mail, postage prepaid, on:

    Richard M. and Tricia A Osborne, Jr. at 9050 Jackson Street, Mentor, OH 44060

                                      /s/ Heather L. Moseman
                                      Heather L. Moseman (0076457)
                                      MOSEMAN LAW OFFICE, LLC