IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ADVERSARY PROCEEDING NO. 18-01124 |
| RICHARD MCKAY OSBORNE | LEAD BK CASE NO. 17-14920 |
| And | CHAPTER 7 |
| TRICIA A. OSBORNE | JUDGE ARTHUR I. HARRIS |

MOTION FOR CONTINUATION OF PRE-TRIAL CONFERENCE

Now comes Heather L. Moseman, attorney for debtors, Richard Mckay Osborne and Tricia A. Osborne, and respectfully moves this Honorable Court to grant an Order continuing the hearing scheduled for January 29, 2019 at 1:30p.m. due to the fact that the debtors will be out of town during that time and would not be able to attend.

Wherefore, Movant prays for an order of this court to continue the pre-trial conference to February 12, 2019 at 1:30PM or a date convenient to the court.

January 9, 2019

Respectfully submitted,

/s/ Heather L. Moseman
Heather L. Moseman, #0076457
MOSEMAN LAW OFFICE, LLC
Attorney for Debtors
8500 Station Street, Suite 210
Mentor, Ohio 44060
Telephone: 440-255-0832
Fax: 440-255-0932
heather@mosemanlaw.com

CERTIFICATE OF SERVICE

A copy of the forgoing Notice was served on this 9th day of January, 2019 upon the following:

David O. Simon, Esq., Chapter 7 Trustee
Via ECF filing at the address on file

Scott Belhorn, Esq., Office of the US Trustee, Attorney for the United States Trustee
VIA ECF filing at scott.r.belhorn@usdoj.gov

By regular US. Mail:

Richard M. and Tricia A. Osborne at 9050 Jackson Street, Mentor, OH 44060

/s/ Heather L. Moseman
Heather L. Moseman, #0076457
MOSEMAN LAW OFFICE, LLC