IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| | |
|---|---|
| RICHARD MCKAY OSBORNE, JR. | CASE NO: 17-14920 aih |
| DANIEL M. MCDERMOTT<br>UNITED STATES TRUSTEE | CHAPTER 7 |
| Plaintiff | ADVERSARY PROCEEDING NO.<br>18-01124 aih |
| Vs | |
| RICHARD MCKAY OSBORNE, JR.<br>&<br>TRICIA A. OSBORNE | |
| Defendants | |

NOTICE OF ADDRESS OF DEBTORS

This Notice is to provide the correct address of Debtors as
7050 Jackson Street
Mentor, OH 44060

Respectfully submitted,

 /s/ Heather L. Moseman
Heather L. Moseman, Esq. (0076457)
MOSEMAN LAW OFFICE, LLC
Attorney for Debtors
8500 Station Street, Suite 210
Mentor, Ohio 44060
Telephone: 440-255-0832
heather@mosemanlaw.com