# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-14920-(AIH) |
| | ) | |
| Richard McKay Osborne, Jr., | ) | Chapter 7 |
| Tricia A. Osborne | ) | |
| | ) | |
| Debtors. | ) | Judge Arthur I. Harris |
| _____ | ) | |
| | ) | |
| Daniel M. McDermott, | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proceeding No. 18-01124-(AIH) |
| vs. | ) | |
| | ) | |
| Richard McKay Osborne, Jr., | ) | |
| Tricia A. Osborne, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF RICHARD MCKAY OSBORNE SR. PURSUANT TO FED. R. BANKR. P. 7030

Daniel M. McDermott, the United States Trustee for Region 9, hereby gives notice that the Richard McKay Osborne Sr. (the "Deponent") is directed to appear before the United States Trustee, or his designee, for examination pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Rules"). The parties' respective counsel as well as the Deponent's counsel have conferred to determine an acceptable time and place to conduct this deposition.

**The Deponent is directed to appear at half past one (1:30) p.m. on May 6, 2019 at the United States Trustee Meeting Room, H.M. Metzenbaum U.S. Courthouse, 201 Superior Ave. E., Sixth Floor, Cleveland OH 44114** to be examined, under oath by the counsel to the United States Trustee. The deposition will be recorded, and the recording may be transcribed.

Respectfully submitted,

Daniel M. McDermott
United States Trustee, Region 9

by: */s/ Scott R. Belhorn*
Scott R. Belhorn (#0080094)
Trial Attorney
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave. East
Suite 441
Cleveland, Ohio 44114-1240
Phone (216) 522-7800 ext. 260
Fax (216) 522-7193
scott.r.belhorn@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Scott R. Belhorn, hereby certify that the foregoing Notice was electronically transmitted on or about April 11, 2019, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Heather L. Moseman    heather@mosemanlaw.com, admin@mosemanlaw.com;john@mosemanlaw.com;mosemanhr86140@notify.bestcase.com
- United States Trustee    (Registered address)@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

I, Scott R. Belhorn, further certify that the foregoing Notice was mailed via U.S. Post, First Class, on or about April 11, 2019, to the following:

Leslie Wargo, Esq.
Wargo Law LLC
1501 North Marginal Road, Suite 182
Cleveland, OH 44114-3738

/s/ *Scott R. Belhorn*
Scott R. Belhorn