# David O. Simon

| | |
|---|---|
| **From:** | Zak Burkons <burkons@rentduellc.com> |
| **Sent:** | Wednesday, January 17, 2018 2:18 PM |
| **To:** | David O. Simon |
| **Subject:** | Jr. income shielded by Sr. |
| **Attachments:** | Jr check deposited by Sr.pdf |

See attached. This was received via subpoena to Erie Bank.

$695453.54 payable to RICHARD OSBORNE JR. into the RMO Inc. Account on June 7, 2017. Junior is neither an owner nor signer on the account as I have all the relevant paperwork for this account.

Please contact me with any further questions.


Zak Burkons

Zachary B. Burkons
**RENT DUE LLC**
1621 Euclid Avenue #408
Cleveland, OH 44115
216-452-0880 x800
burkons@rentduellc.com

1

```
THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW
```

**Elemetal Direct USA, LLC**
12315 Plaza Dr.
Parma, OH 44130-1044

Bank of America
ACH R/T 111000025

**201299**
32-2/1110 TX 1310

06 / 06 / 2017

TO THE ORDER OF RICHARD OSBORNE JR

$69,553.54

PAY Sixty-Nine Thousand Five Hundred Fifty-Three AND 54/100 ************************ DOLLARS

Environmental Resources of Ohio, LLC
7001 Center Street
Mentor, Ohio 44060

⑊201299⑊

Account:488038403123 Serial:201299 Amount:$69,553.54 Sequence:8474816030 TR:111000025 TranCode:0 CUID:1140
Date:06-07-2017 TxnNum:28239 PostAcct:0 Pocket:3 Pattern:2866 BOFD TR:31306278 CBATCH:85 xR25F08:22196090