# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-14920 |
| Richard McKay Osborne, Jr. ) | |
| Tricia A. Osborne, ) | |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | Judge Arthur I. Harris |
| ) | |
| Daniel M. McDermott, ) | |
| United States Trustee, ) | |
| ) | |
| Plaintiff, ) | Adv. Proceeding No. 18-01124 |
| vs. ) | |
| ) | |
| Richard McKay Osborne, Jr. ) | |
| Tricia A. Osborne, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF DAVID O. SIMON, CHAPTER 7 TRUSTEE

UNITED STATES OF AMERICA )
                         )
STATE OF OHIO            ss:
                         )
COUNTY OF CUYAHOGA       )

David O. Simon, being first duly cautioned and sworn according to law, deposes and says as follows:

1. I am the Chapter 7 Trustee in the bankruptcy case of Richard McKay Osborne, Jr. and Tricia A. Osborne ("Debtors"), now pending in the United States Bankruptcy Court for the Northern District of Ohio and identified as Case No. 17-14920 on the docket of said court (the "Bankruptcy Case").

2. I was appointed as Chapter 7 Trustee in the Bankruptcy Case by the United States Trustee for Region 9 on August 21, 2017.

3. On that same day, the meeting of creditors required by §341 of the Bankruptcy Code was scheduled by the Office of the United States Trustee to be conducted by me on September 28, 2017, at 10:00 a.m.

4. On September 28, 2017, I convened the meeting of creditors and conducted my examination of the Debtors.

5. At no time during their examination at the meeting of creditors did either of the Debtors disclose their pre-petition transactions relating to the Object (as defined in the United States Trustee's Complaint) or the "gold blob" (as defined in the Debtors' Motion for Summary Judgment).

6. Nowhere in the Debtors' Schedules or Statement of Affairs is there any reference to the Debtors' pre-petition transactions relating to the Object or "gold blob."

7. I became aware of the Debtors' pre-petition transactions relating to the Object or "gold blob" only when I received an email from Zak Burkons on January 17, 2018, attached to which was a copy of a check payable to Richard Osborne, Jr. from Elemetal Direct USA, LLC in the amount of $69,553.54. A copy of the email and its attachment is attached to this Affidavit as Exhibit A.

8. The business checking account of Osborne Real Estate Services at Erie Bank ending in 4879 was not disclosed in either the Debtor's schedules or Statement of Affairs and I became aware of the account only after I investigated the disposition of the Elemetal Direct USA, LLC funds.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David O. Simon

SWORN TO BEFORE ME and subscribed in my presence this 5th day of July, 2019.

_____
Notary Public

**CHERYL M. SIMON**
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 6/16/24

# David O. Simon

| | |
|---|---|
| From: | Zak Burkons <burkons@rentduellc.com> |
| Sent: | Wednesday, January 17, 2018 2:18 PM |
| To: | David O. Simon |
| Subject: | Jr. income shielded by Sr. |
| Attachments: | Jr check deposited by Sr.pdf |

See attached. This was received via subpoena to Erie Bank.

$695453.54 payable to RICHARD OSBORNE JR. into the RMO Inc. Account on June 7, 2017. Junior is neither an owner nor signer on the account as I have all the relevant paperwork for this account.

Please contact me with any further questions.

Zak Burkons

Zachary B. Burkons
**RENT DUE LLC**
1621 Euclid Avenue #408
Cleveland, OH 44115
216-452-0880 x800
burkons@rentduellc.com

1

