UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-14920-(AIH) |
| | ) | |
| Richard McKay Osborne, Jr., | ) | Chapter 7 |
| | ) | |
| Tricia A. Osborne | ) | |
| | ) | |
| Debtors. | ) | Judge Arthur I. Harris |
| | ) | |
| Daniel M. McDermott, | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 18-01124-(AIH) |
| vs. | ) | |
| | ) | |
| Richard McKay Osborne, Jr., | ) | |
| | ) | |
| Tricia A. Osborne, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF TIMOTHY F. DUGIC IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

**STATE OF OHIO** )

**COUNTY OF CUYAHOGA** )

BEFORE ME, this date personally appeared the undersigned, who after being first duly sworn in hereby states as follows:

1) My name is Timothy F. Dugic. I am over the age of 18 and competent to testify as to the matters contained herein. I have personal knowledge of the facts and matters testified to herein.

2) I am a Bankruptcy Auditor employed by the Office of the United States Trustee.

3) In my capacity as a Bankruptcy Auditor, I was assigned to review the bankruptcy case of the defendants Richard McKay Osborne, Jr. and Tricia A. Osborne (the "Defendants"), case number 17-14920-(AIH) (the "Case") pending in the United States Bankruptcy Court, Northern District of Ohio (the "Court").

4) Prior to being assigned to the case, I had no prior personal knowledge of the Defendants.

5) I have personally reviewed the available copies of bank statements and cancelled checks paid from the Erie Bank account for Osborne Real Estate Services LLC ending in -4879 (the "Checking Account"), which were obtained by the United States Trustee as a result of discovery upon the Defendants.

6) The Checking Account's records indicates that between January 1, 2017 and December 31, 2017 the following twenty (20) checks were issued against the Checking Account to the defendant Tricia A. Osborne:

| DATE | AMOUNT |
|---|---|
| 01/27/17 | $ 1,334 |
| 02/27/17 | $ 500 |
| 03/10/17 | $ 1,000 |
| 03/27/17 | $ 3,000 |
| 03/31/17 | $ 2,000 |
| 06/03/17 | $ 500 |
| 06/07/17 | $ 2,000 |
| 06/12/17 | $ 2,000 |
| 07/07/17 | $ 500 |
| 07/31/17 | $ 500 |
| 08/11/17 | $ 2,000 |
| 09/25/17 | $ 1,000 |
| 10/02/17 | $ 2,000 |
| 10/18/17 | $ 500 |
| 10/25/17 | $ 3,000 |
| 11/17/17 | $ 500 |
| 12/05/17 | $ 1,000 |
| 12/08/17 | $ 500 |
| 12/16/17 | $ 200 |
| 12/29/17 | $ 4,870 |
| **TOTAL** | **$28,904** |

7) The copies of the checks appear to contain endorsements by defendant Tricia A. Osborne.

**AFFIANT FURTHER SAYETH NAUGHT.**

Signed this 10th day of July, 2019.

*Timothy F. Dugic*
**TIMOTHY F. DUGIC**
Auditor/Bankruptcy
Office of the United States Trustee

**STATE OF OHIO** } SS:
**COUNTY OF CUYAHOGA**

SWORN TO BEFORE ME and subscribed in my presence this 10th day of July, 2019.

*Cynthia Jane Thayer*
Notary Public
My Commission Expires:_____

CYNTHIA JANE THAYER
NOTARY PUBLIC • STATE OF OHIO
Recorded in Cuyahoga County
My commission expires May 24, 2024