IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

RICHARD MCKAY OSBORNE, JR.        CASE NO: 17-14920 aih

DANIEL M. MCDERMOTT               CHAPTER 7
UNITED STATES TRUSTEE
                                  ADVERSARY PROCEEDING NO.
       Plaintiff               18-01124 aih

   Vs

RICHARD MCKAY OSBORNE, JR.
    &
TRICIA A. OSBORNE

       Defendants

**NOTICE OF WITHDRAWAL AS COUNSEL FOR**
**RICHARD M. OSBORNE, JR and TRICIA A. OSBORNE**

    Now comes attorney Heather L. Moseman and notifies this Court of withdrawal as counsel for Defendant Richard M. Osborne, Jr. under Ohio Rule of Professional Responsibility 1.16(b)(5)&(6).  Attorney Moseman has provided regular bills to Mr. Osborne, Jr and has not received a payment since January 2019.  Attorney Moseman notified Mr. Osborne, Jr. via email that to continue representation payment in full for work done to date must be made.  Mr. Osborne, Jr. was not able to make the payment and understood representation would terminate if payment could not be made.  To date Mr. Osborne, Jr. owes Moseman Law Office, LLC in excess of $6000.00 and to continue to represent Mr. Osborne, Jr. would create a financial hardship to Attorney Moseman.

    Wherefore, attorney Moseman notifies this Court of withdrawal as counsel of record for Richard M. Osborne, Jr. and Tricia A. Osborne.

Respectfully submitted,

/s/ Heather L. Moseman
Heather L. Moseman, Esq. (0076457)
MOSEMAN LAW OFFICE, LLC
Attorney for Debtors
8500 Station Street, Suite 210
Mentor, Ohio 44060
Telephone: 440-255-0832
heather@mosemanlaw.com

CERTIFICATE OF SERVICE

I certify that on August 16, 2019 a true and correct copy of the **NOTICE OF WITHDRAWAL AS COUNSEL FOR RICHARD M. OSBORNE, JR and TRICIA A. OSBORNE** was served:

Via the court's Electronic Case filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Scott R. Bellhorn, Office of US Trustee via ECF filing

David Simon, chapter 7 Trustee via ECF filing.

And by regular U.S. Mail, postage prepaid, on:

Richard M. and Tricia A Osborne, Jr. at 9050 Jackson Street, Mentor, OH 44060

/s/ Heather L. Moseman
Heather L. Moseman (0076457)
MOSEMAN LAW OFFICE, LLC