**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:                                                           Case No. 17-14920 aih
                                                                 Adversary Proceeding:  18-01124 aih

RICHARD MCKAY OSBORNE, JR.                                       Chapter 7

                    Debtor                                       Judge Arthur I. Harris

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR RICHARD M. and TRICIA A. OSBORNE

Heather Mosemna, Movant herein, has Filed Motion To Withdraw As Counsel For

Richard M. And Tricia A. Osborne with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant Movant's Motion To Withdraw As Counsel For

Richard M. And Tricia A. Osborne or if you want the Court to consider your views on Movant's

Motion, then on or before September 3, 2019, you or your attorney must:

1.  File a written response, explaining your position, at

    U.S. Bankruptcy Court
    H.M. Metzenbaum U.S. Court House
    201 Superior Avenue
    Cleveland, OH  44114-1235

If you mail your response to the Court for filing, you must mail it early enough so that the

Court will **receive** it on or before the date stated above.

2.  Mail a copy to:

    Heather L. Moseman, Esq.
    MOSEMAN LAW OFFICE, LLC
    8500 Station Street, Suite 210
    Mentor, OH  44060

U.S. Trustee's Office
201 Superior Avenue
Cleveland, OH 44114

A hearing is scheduled on the Motion To Withdraw As Counsel For Richard M. And

Tricia A. Osborne on September 10, 2019 at 10:00 AM in the Metzenbaum Federal Court House

at 201 Superior Avenue, Cleveland, Ohio in court room 1A.

Respectfully submitted,


 /s/  Heather L. Moseman
Heather L. Moseman, Esq. #0076457
Attorney for Debtors
MOSEMAN LAW OFFICE, LLC
8500 Station Street, Suite 210
Mentor, OH 44060
440-255-0832

CERTIFICATE OF SERVICE
CERTIFICATE OF SERVICE

I certify that on August 20, 2019 a true and correct copy of the **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR RICHARD M. OSBORNE, JR and TRICIA A. OSBORNE** was served:

Via the court's Electronic Case filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Scott R. Bellhorn, Office of US Trustee via ECF filing

David Simon, chapter 7 Trustee via ECF filing.

And by regular U.S. Mail, postage prepaid, on:

Richard M. and Tricia A Osborne, Jr. at 9050 Jackson Street, Mentor, OH 44060