IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2019 SEP -3 PM 2:50
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

IN RE:

RICHARD MCKAY OSBORNE, JR.

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE

    Plaintiff

Vs

RICHARD MCKAY OSBORNE, JR.
&
TRICIA A. OSBORNE

    Defendants

CASE NO: 17-14920 aih

CHAPTER 7

ADVERSARY PROCEEDING NO.
18-01124 aih

**DEBTOR'S MOTION FOR SUMMARY JUDGMENT**

Now come Debtors, Richard M. Osborne, Jr and Tricia Osborne, by and through undersigned counsel and requests that this Court grant Summary Judgment in favor of Debtors in

---

The debtors' motion for summary judgment is denied. When construing the evidence in a light most favorable to the U.S. Trustee, a genuine dispute of material fact exists as to the U.S. Trustee's claim for relief. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 245 (1986) (trial court may deny summary judgment in a case "where there is reason to believe that the better course would be to proceed to a full trial"); *see also Buckeye Retirement Co., LLC, LTD. v. Swegan (In re Swegan)*, 383 B.R. 646, 655 (B.A.P. 6th Cir. 2008) ("Courts must be cautious in determining issues that involve a person's state of mind when deciding a case at the summary judgment stage."). The October 15, 2019, trial date and related deadlines remain in effect.

*[signature]*